The appeal here is upon the record proper; there being no bill of exceptions. Upon examination we find the record regular in all things; hence without error. The judgment from which this appeal was taken is affirmed.

Affirmed.

(137 So. 922)

### G. M. LEWIS v. Fred O'BRIEN.
4 Div. 812.

Court of Appeals of Alabama.
Nov. 24, 1931.

T. E. Buntin, of Dothan, for appellant.
Farmer, Merrill & Farmer, of Dothan, for appellee.

BRICKEN, P. J.
Appeal dismissed by consent of parties.

(134 So. 922)

### Cora LEWIS v. STATE.
4 Div. 728.

Court of Appeals of Alabama.
Nov. 11, 1930.

Rehearing Stricken May 5, 1931.

SAMFORD, J.
Affirmed.

(137 So. 922)

### Oscar LEWIS v. STATE.
1 Div. 43.

Court of Appeals of Alabama.
Nov. 17, 1931.

RICE, J.
Appeal dismissed.

(129 So. 924)

### D. P., alias Pod, LINDSEY v. STATE.
4 Div. 731.

Court of Appeals of Alabama.
July 3, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 922)

### D. P., alias Ped, LINDSEY v. STATE.
3 Div. 681.

Court of Appeals of Alabama.
Dec. 16, 1930.

Rehearing Denied Jan. 13, 1931.

Marcus J. Fletcher, of Andalusia, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(134 So. 922)

### Forest LITTLETON v. STATE.
5 Div. 828.

Court of Appeals of Alabama.
April 21, 1931.

BRICKEN, P. J.
Appeal dismissed.

(134 So. 922)

### Napoleon LOCKHART v. STATE.
6 Div. 931.

Court of Appeals of Alabama.
Feb. 10, 1931.

Rehearing Stricken May 5, 1931.

SAMFORD, J.
Affirmed.